UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH CLINGMAN,<br><br>        Plaintiff,<br><br>  v.<br><br>GUARDIAN LEGAL GROUP, LLC a/k/a GUARDIAN LEGAL NETWORK and CASON B. CARTER,<br><br>        Defendants. | Case No.: 25-cv-00278-VMS<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, Scott Shaffer of the law firm of Olshan Frome Wolosky LLP, an attorney duly admitted to practice before this Court, hereby appears as counsel on behalf the defendants in the above-captioned adversary proceeding and requests that all future notices and papers in this action be served upon him at the address below.

Dated: New York, New York
    February 7, 2025

                 **OLSHAN FROME WOLOSKY LLP**

                By: */s/ Scott Shaffer*
                  Scott Shaffer
                  1325 Avenue of the Americas
                  New York, New York 10019
                  Tel: (212) 451-2300
                  E-mail: sshaffer@olshanlaw.com

12781374-1