UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH CLINGMAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GUARDIAN LEGAL GROUP, LLC a/k/a GUARDIAN LEGAL NETWORK and CASON B. CARTER,<br><br>　　　　　　　　　　Defendants. | Case No.: 25-cv-00278-VMS<br><br><br>**RULE 7.1 STATEMENT** |

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Guardian Legal Group, LLC ("Guardian"), a private non-governmental party, hereby discloses and certifies that the following are corporate parents, affiliates and/or subsidiaries of Guardian which are publicly held:  None  .

Jurisdiction in this case is not asserted on the basis of diversity of citizenship.

Dated: New York, New York
　　　　February 7, 2025

　　　　　　　　　　　　　　　　　　　　　　**OLSHAN FROME WOLOSKY LLP**

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Scott Shaffer*
　　　　　　　　　　　　　　　　　　　　　　Andrew B. Lustigman
　　　　　　　　　　　　　　　　　　　　　　Scott Shaffer
　　　　　　　　　　　　　　　　　　　　　　1325 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 451-2300
　　　　　　　　　　　　　　　　　　　　　　E-mail: alustigman@olshanlaw.com;
　　　　　　　　　　　　　　　　　　　　　　　　　　sshaffer@olshanlaw.com

12780099-1