

Returned mail envelope addressed to:

Keith Clingman
35 Parks Blvd
New York, NY

From: Clerk of U.S. District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201

NIXIE — RETURN TO SENDER — ATTEMPTED - NOT KNOWN — UNABLE TO FORWARD

FILED IN CLERK'S OFFICE, U.S. DISTRICT COURT E.D.N.Y. ★ FEB 13 2025 ★ BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

B 1 3 2025

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

_____
*Plaintiff*
v.                              Civil Action No.
_____
*Defendant*

**NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION**

A United States Magistrate Judge has been assigned to this case and is available to conduct all proceedings in this civil action (including presiding over a jury or non-jury trial) and to order the entry of final judgment. The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this Court. A Magistrate Judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case resolved by the assigned Magistrate Judge or you may withhold your consent without any adverse consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved in your case.

The parties through their signature (or that of their counsel) consent to have the assigned United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings, as indicated below:

| Name of Party | Signature of Party (or Attorney) | Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**NOTE:** Do not file this form on ECF unless all parties have consented.

_____
**(For Court Use Only)**

**IT IS ORDERED:** All parties having consented, the assigned Magistrate Judge is authorized to conduct all proceedings in this case, and enter final judgment, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____        _____
                                District Judge Signature and Name



# Obtaining Documents Filed in Your Case by Computer Instead of Mail

Starting August 12, 2013, If you are not incarcerated and don't have an attorney, you may obtain court issued documents in your case(s) by computer instead of mail. You must have a
- valid e-mail address, and
- regular access to a computer.

It is strongly recommended that you establish a PACER account by visiting the PACER website at https://www.pacer.gov.

## IF YOU ARE INTERESTED, YOU MUST DO THE FOLLOWING:

1. Complete the *Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases* form which is available for download at:
   - The Court's Website:
   - https://www.nyed.uscourts.gov/forms/all-forms/prose_forms
2. Complete the Registration form and return it to:

USDC-Pro Se Office                USDC-Pro Se Office
225 Cadman Plaza East    OR    100 Federal Plaza
Brooklyn, New York 1120         Central Islip, NY 11722

NOTE: Obtaining documents from the computer instead of mail constitutes service as outlined in Federal Rules of Civil Procedure 5.



BENEFITS INCLUDE
- No Postal Delays
- Timely Notification

For more information please refer to the Court's Website: http://www.nyed.uscourts.gov

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## Instructions for Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases

It is now possible for you to receive electronic notification of court issued filings in your civil case(s).

**What does electronic notification mean?**

By registering for electronic notification you will be **waiving** your right to receive service of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions **in paper form by mail**.

Instead, you will be sent notices of electronic filing via e-mail. In your email mailbox, the notice will be from "ecf_bounce" and the subject will be "Activity in Case [xx]-cv-[xxx]." Upon receipt of a notice, you will be permitted one "free look" at the document by clicking on the hyperlinked document number, at which time you should **print or save the document** to avoid future charges. **The one 'free look' will expire in 15 days from the date the notice was sent.** After the "free look" is used or expired, the document can be accessed by you through PACER (Public Access to Court Electronic Records) and you may be charged to view the document. It is strongly recommend that you establish a PACER account by visiting the PACER website at www.pacer.gov, so that you can view, print, and download documents at any time for a nominal fee.

Because you will be receiving court-issued documents only in electronic form, you must maintain a valid email address and regularly check your email.

Electronic service does **not** allow you to file documents electronically and does **not** mean that you can serve documents by e-mail to the opposing party. You must continue to file all communications regarding your case in paper copy with the Court and to serve the opposing party. Although you will receive electronic notices of what your adversary(s) files, your adversary must still serve you with a paper copy.

**To be eligible you must:**
(1) not be incarcerated;
(2) have a valid email address; and
(3) have regular access to a computer.
It is highly recommended that you establish a PACER account.
Electronic notification is not available in social security or immigration cases.

If you are eligible and wish to receive electronic notification of court issued documents complete the Registration and Consent form for each case you want to receive electronic notifications and return the form(s) to the Court. The form is available on the Court's website:
www.nyed.uscourts.gov/forms/all-forms/prose_forms

8/2013

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases

Please register me to receive service of documents and notices of electronic filings to my e-mail address via the Court's electronic filing system (ECF). By registering for electronic service, I affirm that:

- I understand that I **waive** my right to receive service of court issued documents by first class mail and that I will no longer receive paper copies of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions.

    Initial here_____

- I understand that I will be sent notices of electronic filing via e-mail and upon receipt of a notice, I will be permitted one "free look" at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid future charges. **The one 'free look' will expire in 15 days from the date the notice was sent.** After the "free look" is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document.

    Initial here_____

- I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which account will allow me to view, print, and download documents at any time for a nominal fee.

    Initial here_____

- The email address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.

    Initial here_____

- I understand that electronic service does **not** allow me to file documents electronically and does **not** mean that I can serve documents by e-mail to the opposing party. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.

    Initial here_____

- I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.

    Initial here_____

Date: _____        Signature: _____

Case No: _____        Print Full Name: _____

Telephone No.: _____        Email Address: _____

Home Address: _____

Return form to:    U.S.D.C., E.D.N.Y. - Pro Se Dept.
                225 Cadman Plaza East    or    100 Federal Plaza
                Brooklyn, NY 11201              Central Islip, NY 11722

8/2013