UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH CLINGMAN,<br><br>                              Plaintiff,<br>v.<br>GUARDIAN LEGAL GROUP, LLC a/k/a<br>GUARDIAN LEGAL NETWORK and<br>CASON B. CARTER,<br><br>                              Defendants. | Case No.: 25-cv-00278-VMS<br><br>**STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff Keith Clingman, on behalf of himself, and Defendants, by and through their undersigned counsel:

1. As part of an agreement to accept service of process, Defendants' time to respond to the Complaint was extended through April 16, 2025.

2. Currently, the parties are actively engaged in settlement negotiations and wish to conserve their resources while such negotiations are pursued. Accordingly, the parties jointly request that the time for Defendants to respond to the Complaint be extended through and including May 2, 2025.

3. This request does not affect any other scheduled date in this action.

4. This Stipulation may be executed in counterparts.

Dated: April 14, 2025

[*the remainder of this page has been left blank intentionally*]

12855887-1

Case 1:25-cv-00278-VMS   Document 12-1   Filed 04/15/25   Page 2 of 2 PageID #: 117

| **KEITH CLINGMAN** | **OLSHAN FROME WOLOSKY LLP** |
|---|---|
| By: _____<br>Keith Clingman<br>35 Park Place, #1<br>Brooklyn, NY 11217<br>Tel.:<br>E-mail: keithclingman@gmail.com<br><br>*Plaintiff pro se* | By: _____<br>Scott Shaffer<br>1325 Avenue of the Americas<br>New York, New York 10019<br>Tel.: 212.451.2302<br>E-mail: sshaffer@olshanlaw.com<br><br>*Attorneys for Defendants* |

**SO ORDERED ON THIS _____ DAY OF APRIL 2025:**

_____
**THE HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE**

12855887-1